Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 19−22527−JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   dba Tony's Custom Construction, LLC
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/4/19
Time:             09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 10, 2019
JAN:

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-22527-JNP
Anthony J. DiNuova                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1              Date Rcvd: Jul 10, 2019
                                Form ID: 132                Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db              +Anthony J. DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518318812       +Capital One Bank USA NA,    810 Bloomfield Avenue,    West Caldwell, NJ 07006-6700
518318813       +Capital One Bank USA NA,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
                  Eatontown, NJ 07724-2265
518318814        Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518318815        Cooper University Healthcare,    c/o Arcadia Recovery Bureau, LLC,    PO Box 70256,
                  Philadelphia, PA 19176-0256
518318816        Emerg Phy Assoc of S Jers,    c/o HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
518318817        Emerg Phy Assoc of S Jers,    c/o ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
518318818        GMAC,    Payment Processing Center,    PO Box 78143,    Phoenix, AZ 85062-8143
518318821       +HSBC Bank Nevada, NA/Orchard Bank,    c/o FBCS, Inc.,    330 S. Warminster Rd., Suite 353,
                  Hatboro, PA 19040-3433
518318820        Haddon Emergency Physicians,    c/o Transworld Systems, Inc.,    PO Box 15095,
                  Wilmington, DE 19850-5095
518318823       +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518318822       +Kennedy Health System,    c/o Jefferson Cherry Hill Hospital,    2201 Chapel Avenue West,
                  Cherry Hill, NJ 08002-2048
518318827       +Select Portfolio Servicing,    c/o KML Law Group, PC,    216 Haddon Avenue, Suite 406,
                  Westmont, NJ 08108-2812
518318828       +Temple University Hospital,    ATTN: TUH Cashier,    3401 North Broad Street,
                  Philadelphia, PA 19140-5189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2019 00:47:39      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2019 00:47:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518318819        E-mail/Text: bkynotice@harvardcollect.com Jul 11 2019 00:48:24      Haddon Emergency Physicians,
                  c/o Harvard Collection,    4839 N Elston Avenue,    Chicago, IL 60630-2534
518318824       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2019 00:47:35      Midland Funding, LLC,
                  3111 Camino Del Rio North,    Suite 1300,    San Diego, CA 92108-5750
518318825       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 11 2019 00:48:14
                  Progressive Garden State Ins. Co.,    c/o Credit Collection Services,    725 Canton Street,
                  Norwood, MA 02062-2679
518318826       +E-mail/Text: jennifer.chacon@spservicing.com Jul 11 2019 00:48:22
                  Select Portfolio Servicing,    PO BOX 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle ET
               AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4