Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−22527−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   dba Tony's Custom Construction, LLC
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/17/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 17, 2019
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-22527-JNP
Anthony J. DiNuova                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db             +Anthony J. DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518318812      +Capital One Bank USA NA,    810 Bloomfield Avenue,    West Caldwell, NJ 07006-6700
518318813      +Capital One Bank USA NA,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
                 Eatontown, NJ 07724-2265
518318814       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518318815       Cooper University Healthcare,    c/o Arcadia Recovery Bureau, LLC,    PO Box 70256,
                 Philadelphia, PA 19176-0256
518318816       Emerg Phy Assoc of S Jers,    c/o HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
518318817       Emerg Phy Assoc of S Jers,    c/o ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
518318818       GMAC,    Payment Processing Center,    PO Box 78143,    Phoenix, AZ 85062-8143
518318821      +HSBC Bank Nevada, NA/Orchard Bank,    c/o FBCS, Inc.,    330 S. Warminster Rd., Suite 353,
                 Hatboro, PA 19040-3433
518318820       Haddon Emergency Physicians,    c/o Transworld Systems, Inc.,    PO Box 15095,
                 Wilmington, DE 19850-5095
518344838      +IStorage,    841 North Black Horse Pike,    Blackwood, NJ 08012-3936
518318823      +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518318822      +Kennedy Health System,    c/o Jefferson Cherry Hill Hospital,    2201 Chapel Avenue West,
                 Cherry Hill, NJ 08002-2048
518344841      +Paula DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518423602       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518318827      +Select Portfolio Servicing,    c/o KML Law Group, PC,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518318828      +Temple University Hospital,    ATTN: TUH Cashier,    3401 North Broad Street,
                 Philadelphia, PA 19140-5189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 23:27:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 23:27:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Sep 18 2019 02:53:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Dr.,    Arlington, TX 76014-4101
518398920       EDI: PHINAMERI.COM Sep 18 2019 02:53:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    P O Box 183853,    Arlington, TX 76096
518436015      +E-mail/Text: bankruptcy@cavps.com Sep 17 2019 23:28:04      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518435935      +E-mail/Text: bankruptcy@cavps.com Sep 17 2019 23:28:05      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518318819       E-mail/Text: bkynotice@harvardcollect.com Sep 17 2019 23:28:36       Haddon Emergency Physicians,
                 c/o Harvard Collection,    4839 N Elston Avenue,    Chicago, IL 60630-2534
518351798       EDI: MERRICKBANK.COM Sep 18 2019 02:53:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
518407062      +EDI: MID8.COM Sep 18 2019 02:53:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518318824      +EDI: MID8.COM Sep 18 2019 02:53:00      Midland Funding, LLC,    3111 Camino Del Rio North,
                 Suite 1300,    San Diego, CA 92108-5750
518318825      +EDI: CCS.COM Sep 18 2019 02:53:00      Progressive Garden State Ins. Co.,
                 c/o Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518318826      +E-mail/Text: jennifer.chacon@spservicing.com Sep 17 2019 23:28:35
                 Select Portfolio Servicing,    PO BOX 65250,    Salt Lake City, UT 84165-0250
518427413       E-mail/Text: jennifer.chacon@spservicing.com Sep 17 2019 23:28:35       U.S. Bank N.A. et. al,,
                 c/o Select Portfolio Servicing, Inc.,    P.O. 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: Sep 17, 2019
                               Form ID: 148               Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle ET
               AL... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```